NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
CRISPIN L. COLLINS (SBN 311755)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
Email: lisa.gibson@nelsonmullins.com
crispin.collins@nelsonmullins.com
shawtina.lewis@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MWF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Trial Date: December 1, 2020 |

Plaintiff Adde Issagholi and Defendant McLaren Automotive, Inc. ("MAI") respectfully submits the following status report regarding settlement.

Plaintiff Adde Issagholi and defendant MAI attended a private mediation on September 18, 2020 before mediator Ron Akasaka.  Unfortunately, the mediation was unsuccessful as the parties were far apart in their positions and unable to reach any agreement.  The parties have not exchanged any additional offers since the date of the mediation.

Dated:  October 19, 2020　　　　　Respectfully submitted,

SAGE LAW GROUP LLP

By:     */s/ David Ruben*
　　　　David Ruben

LAW OFFICES OF ADAM ZOLONZ
Stephen Parnell

Attorneys for Plaintiff
ADDE ISSAGHOLI

Dated:  October 19, 2020　　　　　Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     */s/ Lisa M. Gibson*
　　　　Lisa M. Gibson
　　　　Crispin L. Collins
　　　　Shawtina F. Lewis

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

　　**Pursuant to L.R. 5-4.3.4(a)(2), all signatories listed, and on whose behalf the filling is submitted, concur in the filing's content and have authorized the filing.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Lisa M. Gibson*