NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
CRISPIN L. COLLINS (SBN 311755)
19191 South Vermont Ave., Suite 900
Torrance, CA  90502
Telephone:  424.221.7400
Facsimile:  424.221.7499
Email:        lisa.gibson@nelsonmullins.com
                  crispin.collins@nelsonmullins.com
                  shawtina.lewis@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MCS (KKx)<br><br>**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S WITNESS LIST**<br><br>Trial Date:        December 1, 2020 |

Pursuant to Local Rule 16-5, defendant McLaren Automotive, Inc. ("MAI") respectfully submits the following list of witnesses who may be called at trial.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony [to be filled in during trial] |
|---|---|---|---|---|
| Adde Issagholi 1812 Foothill Dr., Glendale, CA 91201; may be contacted through plaintiff's counsel | Mr. Issagholi is expected to testify regarding his lease of and experience with the subject vehicle. | | 3 hours | |
| Plaintiff's Expert, Timothy C. Saurwein 434 N. Moss St., Burbank, CA 91502; (818) 972-2602 | Mr. Saurwein will testify regarding his opinions about the subject vehicle and any impairment of use, value and safety of the subject vehicle. | | 3 hours | |
| Massis Bedrossian, CPA 539 N. Glenoaks Boulevard, Suite 204A-2, Burbank, CA 91502; 818-861-7990 | Mr. Bedrossian is plaintiff's accountant.  He is expected to testify regarding the business that made lease and insurance payments for the subject vehicle, as well as listing the vehicle as a business expense for the company. | 1.5 hours | | |
| Defendant MAI's Expert Witness, Scott Morgan 1405 South | Mr. Morgan is expected to testify regarding his inspection of the vehicle and related photographs, the repair and maintenance history of the vehicle, the repair orders, | 3 hours | | |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

| Beltline Road, Suite 100, Coppell, TX 75019; may be contacted through MAI's counsel | warranty coverage applicable to the vehicle, the McLaren service and warranty information booklet and owner's manual, the warranty repairs, expert technical information regarding the vehicle, the required maintenance and nature of the repairs performed on the vehicle and any impairment of use, value and safety of the subject vehicle. Mr. Morgan will provide expert testimony on behalf of MAI, making his testimony necessary and unique. | | | |
|---|---|---|---|---|
| Defendant MAI's Expert Witness, Michael LeRoy\n\nCrown Capital Advisors LLC, 801 South Grand Avenue, Suite 900, Los Angeles, California 90017; may be contacted through MAI's counsel of record | Mr. LeRoy is a retired certified public accountant and senior executive with 40 years of broad business experience. He will testify regarding business formation, the taxation of business entities, the ability and criteria for vehicles to qualify as a business expense, and financial and tax advantages to identifying a vehicle as a business expense. He will testify about the absence of financial loss sustained by plaintiff. | 2 hours | | |
| Defendant MAI's Employee, Patrick Dahlberg | Mr. Dahlberg is expected to testify regarding the subject vehicle's repair history, the repair orders, MAI's investigation into Plaintiff's concerns, any requests for | 2 hours | | |

| 1405 South Beltline Road, Suite 100, Coppell, Texas 75019; may be contacted through MAI's counsel of record | reimbursement or repurchase by Plaintiff. Mr. Dahlberg is also expected to authenticate the warranty for the subject vehicle, the owners' manual, the service and warranty booklet and provide testimony concerning the terms of those documents and related to whether repairs performed on the subject vehicle were covered by McLaren's express limited warranty. Mr. Dahlberg is the Person Most Qualified designated by MAI as to the issues raised in this matter, making his testimony necessary and unique. | | | |
|---|---|---|---|---|

*Indicates that witness will be called only if the need arises.

MAI reserves the right to supplement its witness list and/or call witnesses identified by Plaintiff in his witness list and in accordance with all court orders, agreements by the parties, and/or the Federal Rules of Civil Procedure. MAI reserves the right to designate additional witnesses, including expert witnesses, in a manner consistent with the Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or the scheduling order in this case.

Dated:  October 19, 2020

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     _/s/ Lisa M. Gibson_
        Lisa M. Gibson
        Crispin L. Collins
        Shawtina F. Lewis

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

4

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.


## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses for counsel of record registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By:  /s/ *Lisa M. Gibson*
Lisa M. Gibson

CASE NO.: 2:19-cv-07616-MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE, INC.'S WITNESS LIST

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES