NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
CRISPIN COLLINS (SBN 311755)
19191 South Vermont Ave., Suite 900
Torrance, CA  90502
Telephone:  424.221.7400
Facsimile:  424.221.7499
Email:  lisa.gibson@nelsonmullins.com
shawtina.lewis@nelsonmullins.com
crispin.collins@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MCS (KKx)<br><br>**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN; DECLARATION OF LISA M. GIBSON**<br><br>Complaint Filed: July 31, 2019<br>[Los Angeles County Superior Court Case No. 19STCV26670] |

McLaren Automotive, Inc. ("MAI") submits the following Motion in Limine No. 1 to exclude Christineh Estepanian as a witness at trial. This motion is made following the conference of counsel.

## I. INTRODUCTION

This breach of warranty "lemon law" action involves a 2018 McLaren 720s (VIN SBM14DCA0JW002356) (the "Vehicle"), which was leased by plaintiff Adde Issagholi ("Plaintiff") on September 28, 2018 for $290,204.08, with 60 miles on it. The Vehicle is essentially a hand-built race car for street use, generally referred to as being a "supercar" because of its high performance characteristics.

In discovery, Plaintiff identified Christineh Estepanian, his business partner, as a witness with knowledge of facts relating to his Song-Beverly claims in this action. Thereafter, MAI served Ms. Estepanian with a subpoena for deposition, but she failed to appear.

On October 16, 2020, counsel for MAI met and conferred with plaintiff's counsel regarding this motion. Although plaintiff's counsel stated plaintiff was not planning to call Ms. Estepanian as a witness and did not think the motion was necessary, plaintiff would not stipulate to the exclusion of Ms. Estepanian, thereby forcing MAI to file this motion. (Gibson Decl., ¶ 5.)

Accordingly, MAI respectfully requests that this Court enter an order excluding Christineh Estepanian from testifying as a witness in this action.

## II. FACTUAL BACKGROUND

In response to discovery propounded by MAI, Plaintiff identified his business partner, Christineh Estepanian, as a witness with knowledge of facts in support of his claims.

MAI originally subpoenaed Ms. Estepanian to appear for deposition on August 31, 2020. (Ex. 1) It subsequently served a subpoena for a deposition on September 11, 2020. (Ex. 2) The second subpoena was served on the agent for process of Ms. Estepanian's company for which she's a 50 percent shareholder and the agent confirmed he provided Ms. Estepanian with the subpoena. (Gibson Decl., ¶ 3.) Ms. Estepanian did not appear for her deposition on September 11,

2

CASE NO.: 2:19-cv-07616 MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE INC'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN

2020 and a Certificate of Non-Appearance was prepared by the court reporter. (Ex. 3)

## III. THE COURT SHOULD ENTER AN ORDER EXCLUDING CHRISTINEH ESTEPANIAN AS A WITNESS

Pursuant to Federal Rule of Evidence 611, the Court "shall exercise reasonable control over the mode and order of interrogating witnesses and presenting evidence" so as to make those procedures effective for the ascertainment of the truth. Fed. R. Evid. 611(a). Under Rule 611(a), courts may "properly preclude parties from calling witnesses who refuse reasonable requests from their party opponents." Moore's Federal Practice § 611.02[2][b], at 611-28 (June 2004); *see also Neibur v. Town of Cicero*, 212 F. Supp. 2d 790, 806-07 (N.D. Ill. 2002) (excluding testimony of defendant's former attorney when the witness refused to travel from Florida when called during the plaintiff's case-in-chief but was willing to appear during the defendant's case); *In re Gulf Oil/Cities Services Tender Offer Litig.*, 776 F. Supp. 838, 839 (S.D.N.Y. 1991) (excluding defendant from testifying when called by a co-defendant because he refused to testify during plaintiff's case; holding that co-defendant's lack of control over the witness not relevant).

Here, although Plaintiff identified Ms. Estepanian as a witness with knowledge of the facts at issue in this case, she failed to appear for her deposition. Further, even though Ms. Estepanian is Plaintiff's business partner, it appears Plaintiff took no efforts to ensure she appeared for her deposition. As such, Plaintiff should not now be permitted to call Ms. Estepanian as a witness at trial to provide testimony on his behalf. Allowing Plaintiff to do so would be in direct contravention of the discovery process since the Federal Rules of Civil Procedure's discovery rules are intended to bring clarity to the issues, allow the parties to ascertain relevant facts and information, and, ultimately, aid the court to reach its decision. *Cf. Hickman v. Taylor*, 329 U.S. 495, 500 (1947).

3

CASE NO.: 2:19-cv-07616 MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE INC'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN

Accordingly, MAI respectfully requests that this Court enter an order excluding Christineh Estepanian as a witness at trial.

## IV. CONCLUSION

Christineh Estepanian was identified as a witness by Plaintiff, but failed to appear for a deposition in this case. Therefore, MAI respectfully requests that this Court enter an order excluding Christineh Estepanian as a witness at trial.

Dated: October 19, 2020

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By _____
Lisa M. Gibson
Shawtina F. Lewis
Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

4

CASE NO.: 2:19-cv-07616 MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE INC'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN

## DECLARATION OF LISA M. GIBSON

I, Lisa M. Gibson, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am a Partner with the law firm of Nelson, Mullins, Riley & Scarborough LLP, counsel of record for Defendant McLaren Automotive, Inc. ("MAI") in this matter. I make this declaration in support of MAI's motion in limine. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. MAI originally subpoenaed Christineh Estepanian to appear for deposition on August 31, 2020. A true and correct copy of the subpoena is attached hereto as **Exhibit 1**.

3. MAI subsequently served a subpoena for a deposition on September 11, 2020. A true and correct copy of the subpoena is attached hereto as **Exhibit 2**. The subpoena was served on the agent for process of Ms. Estepanian's company for which she's a 50 percent shareholder and the agent confirmed he provided Ms. Estepanian with the subpoena.

4. Ms. Estepanian did not appear for her deposition on September 11, 2020 and a Certificate of Non-Appearance was prepared by the court reporter. A true and correct copy of the transcript is attached hereto as **Exhibit 3**.

5. On October 16, 2020, Ryan Cosgrove, counsel for MAI, met and conferred with plaintiff's counsel, Stephen Parnell, regarding this motion. Although plaintiff's counsel stated plaintiff was not planning to call Ms. Estepanian as a witness and did not think the motion was necessary, plaintiff would not stipulate to the exclusion of Ms. Estepanian, thereby forcing MAI to file this motion.

///

///

///

5

CASE NO.: 2:19-cv-07616 MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE INC'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of October, 2020, at Torrance, California.

*/s/ Lisa M. Gibson*
Lisa M. Gibson

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses for counsel of record registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: */s/ Lisa M. Gibson*
Lisa M. Gibson

6

CASE NO.: 2:19-cv-07616 MCS (KKx)
DEFENDANT MCLAREN AUTOMOTIVE INC'S MOTION IN LIMINE NO. 1 TO EXCLUDE CHRISTINEH ESTEPANIAN