# EXHIBIT 1

EXHIBIT 1 PAGE 8

1  NELSON MULLINS RILEY & SCARBOROUGH LLP
2  LISA M. GIBSON (SBN 194841)
   SHAWTINA F. LEWIS (SBN 259255)
3  CRISPIN COLLINS (SBN 311755)
   19191 South Vermont Ave., Suite 900
4  Torrance, CA  90502
   Telephone:  424.221.7400
5  Facsimile:  424.221.7499
   Email:      lisa.gibson@nelsonmullins.com
6              shawtina.lewis@nelsonmullins.com
7              crispin.collins@nelsonmullins.com

8  Attorneys for Defendant
   MCLAREN AUTOMOTIVE, INC.
9

10          UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT

12

| 13  ADDE ISSAGHOLI, an individual, | Case No.: 2:19-cv-07616-MWF(FFMx) |
|---|---|
| 14                Plaintiff, | |
| 15  v. | **DEFENDANT MCLAREN AUTOMOTIVE, INC.'S REQUESTS FOR PRODUCTION** |
| 16 | |
| 17  MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive, | Date:  March 17, 2020 Time: 10:00 a.m. Place: Nelson, Mullins, Riley & Scarborough |
| 18 | |
| 19                Defendants. | 19191 South Vermont Ave., Suite 900 Torrance, CA  90502 |
| 20 | |
| 21 | Complaint Filed: July 31, 2019 [Los Angeles County Superior Court Case No. 19STCV26670] |
| 22 | |
| 23 | |
| 24 | |

25

26

27

28

1

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

PROPOUNDING PARTY:      MCLAREN AUTOMOTIVE, INC.

RESPONDING PARTY:      ADDE ISSAGHOLI

SET NUMBER:      One (1)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff ADDE ISSAGHOLI is demanded to produce the following documents and tangible things for inspection and copying, and to also provide a response to all the requests within 30 days of service hereof.

## DEFINITIONS

1.      The terms "YOU" and "YOUR" shall mean Plaintiff ADDE ISSAGHOLI or anyone acting or purporting to act on his behalf, including, but not limited to, all agents, employees, affiliates, accountants, and attorneys thereof, individually and/or collectively.

2.      The terms "VEHICLE" or "SUBJECT VEHICLE" shall mean the 2018 McLaren 720S vehicle, VIN number SBM14DCA0JW002356, which is the subject of the above-captioned matter.

3.      The term "COMPLAINT" shall mean the lawsuit filed by Plaintiff ADDE ISSAGHOLI in the Superior Court for the State of California, County of Los Angeles, Case No. 19STCV26670 and removed to the United States District Court for the Central District of California on September 3, 2019.

4.      The terms "NONCONFORMITY" or "NONCONFORMITIES" shall mean the definition found in Civil Code section 1793.22, subdivision (e)(1).

5.      The term "SERVICE" shall mean any maintenance, repair, service, alteration, modification and/or replacement of component parts on the SUBJECT VEHICLE.

6.      The term "IDENTIFY" shall mean the person or entity's full name, address and telephone number.

7.      The term "MAI" shall mean Defendant MCLAREN AUTOMOTIVE, INC. or anyone acting on its behalf, including but not limited to all directors,

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

1  officers, employees, agents, accountants, and attorneys thereof, and all affiliate

2  companies, parent companies, subsidiaries, and all directors, officers, employees,

3  agents, accountants, and attorneys thereof, as well as any predecessors-interest and

4  all partners, directors, officers, employees, agents, accountants, and attorneys

5  thereof.

6       8.    "DOCUMENTS" means a writing, as defined by Federal Rules of

7  Evidence 1001, and includes the original or a copy of handwriting, typewriting,

8  printing, photostating, photographing, and every other means of recording upon any

9  tangible thing and form of communicating or representing, including letters,

10  pictures, words, sounds, or symbols, or combinations of them.

## REQUESTS FOR PRODUCTION

11

**REQUEST FOR PRODUCTION NO. 1:**

12

13      1.    All DOCUMENTS which support YOUR allegation that MAI willfully

14  violated its duties under the Song-Beverly Consumer Warranty Act.

15  **REQUEST FOR PRODUCTION NO. 2:**

16      2.    All DOCUMENTS that support YOUR claim for civil penalties in this

17  action.

18  **REQUEST FOR PRODUCTION NO. 3:**

19      3.    All DOCUMENTS that support YOUR claim for damages in this

20  action.

21  **REQUEST FOR PRODUCTION NO. 4:**

22      4.    All DOCUMENTS that support YOUR contention that the SUBJECT

23  VEHICLE qualifies for repurchase or replacement pursuant to the Song-Beverly

24  Consumer Warranty Act.

25  **REQUEST FOR PRODUCTION NO. 5:**

26      5.    All DOCUMENTS that support YOUR claim that

27  NONCONFORMITIES presently exist with the SUBJECT VEHICLE.

28  ///

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **REQUEST FOR PRODUCTION NO. 6:**

2         6.    All DOCUMENTS related to the nature of YOUR use of the

3    SUBJECT VEHICLE since September 2018.

4    **REQUEST FOR PRODUCTION NO. 7:**

5         7.    All DOCUMENTS that support YOUR contention YOU have

6    primarily used the SUBJECT VEHICLE for personal, family, and/or household

7    purposes.

8    **REQUEST FOR PRODUCTION NO. 8:**

9         8.    All DOCUMENTS which reflect the identity of all PERSONS who

10   have driven the SUBJECT VEHICLE between September 2018 and the present.

11   **REQUEST FOR PRODUCTION NO. 9:**

12        9.    All DOCUMENTS related to the total amount of any out of pocket

13   expenses or costs incurred by YOU relating to the SUBJECT VEHICLE.

14   **REQUEST FOR PRODUCTION NO. 10:**

15        10.   All DOCUMENTS, including, but not limited to, tax returns, tax

16   schedules, balance sheets, and/or financial statements, which reflect all vehicles

17   owned or leased by YOU from September 2018 to the present.

18   **REQUEST FOR PRODUCTION NO. 11:**

19        11.   All DOCUMENTS which refer or relate to all vehicles owned or

20   leased by YOU between September 2018 and the present.

21   **REQUEST FOR PRODUCTION NO. 12:**

22        12.   All DOCUMENTS related to the DMV registration for the SUBJECT

23   VEHICLE.

24   **REQUEST FOR PRODUCTION NO. 12:**

25        13.   McLaren Beverly Hills invoice number 179197.

26   / / /

27   / / /

28   / / /

4

Dated: March 6, 2020          Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:     */s/ Shawtina Lewis*
        Lisa M. Gibson
        Shawtina F. Lewis
        Crispin Collins

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 19191 South Vermont Avenue, Suite 900, Torrance, California 90502.  I am employed in the County of Los Angeles, where this service occurs.  I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S REQUESTS FOR PRODUCTION**

On the parties in said cause:

Adam Zolonz, Esq.
Jeffrey A. Zolonz, Esq.
Stephen Parnell, Esq.
LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028
Emails:  adam@zolonzassociates.com
         jeff@zolonzassociates.com
         stephen@zolonzassociates.com
***Attorneys for Plaintiff Adde Issagholi***

☒ **BY ELECTRONIC TRANSMISSION:**  I transmitted a PDF version of this document by electronic mail to the party(s) identified above and/or on the attached service list using the email address(es) indicated.

☒ **BY U.S. MAIL:**  On this day I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 6, 2020, at Torrance, California.

Maria Domingo

NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
CRISPIN COLLINS (SBN 311755)
19191 South Vermont Ave., Suite 900
Torrance, CA  90502
Telephone:  424.221.7400
Facsimile:  424.221.7499
Email:      lisa.gibson@nelsonmullins.com
            shawtina.lewis@nelsonmullins.com
            crispin.collins@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MWF(FFMx)<br><br>**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S SPECIALLY PREPARED INTERROGATORIES, SET NO. 1 TO PLAINTIFF**<br><br>Complaint Filed: July 31, 2019<br>[Los Angeles County Superior Court Case No. 19STCV26670] |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

1  PROPOUNDING PARTY:         MCLAREN AUTOMOTIVE, INC.

2  RESPONDING PARTY:          ADDE ISSAGHOLI

3  SET NUMBER:                One (1)

4        Pursuant to Rule 33 of the Federal Rules of Civil Procedure (FRCP), ADDE

5  ISSAGHOLI is requested to answer the following interrogatories, in writing, and

6  under oath within 30 days of service hereof.

7        These requests seek and relate to all information known to plaintiff and all

8  sources of information known to plaintiff or within the control of plaintiff,

9  including agents, employees, experts, investigators, attorneys and all other sources

10 under control of plaintiff.

11                          **DEFINITIONS**

12       1.    The terms "YOU" and "YOUR" shall mean Plaintiff ADDE

13 ISSAGHOLI or anyone acting or purporting to act on his behalf, including, but not

14 limited to, all agents, employees, affiliates, accountants, and attorneys thereof,

15 individually and/or collectively.

16       2.    The terms "VEHICLE" or "SUBJECT VEHICLE" shall mean the

17 2018 McLaren 720S vehicle, VIN number SBM14DCA0JW002356, which is the

18 subject of the above-captioned matter.

19       3.    The term "COMPLAINT" shall mean the lawsuit filed by Plaintiff

20 ADDE ISSAGHOLI in the Superior Court for the State of California, County of

21 Los Angeles, Case No. 19STCV26670 and removed to the United States District

22 Court for the Central District of California on September 3, 2019.

23       4.    The terms "NONCONFORMITY" or "NONCONFORMITIES" shall

24 mean the definition found in Civil Code section 1793.22, subdivision (e)(1).

25       5.    The term "SERVICE" shall mean any maintenance, repair, service,

26 alteration, modification and/or replacement of component parts on the SUBJECT

27 VEHICLE.

28       6.    The term "IDENTIFY" shall mean the person or entity's full name,

1  address and telephone number.

2      7.    The term "MAI" shall mean Defendant MCLAREN AUTOMOTIVE,

3  INC. or anyone acting on its behalf, including but not limited to all directors,

4  officers, employees, agents, accountants, and attorneys thereof, and all affiliate

5  companies, parent companies, subsidiaries, and all directors, officers, employees,

6  agents, accountants, and attorneys thereof, as well as any predecessors-interest and

7  all partners, directors, officers, employees, agents, accountants, and attorneys

8  thereof.

9                          **INTERROGATORIES**

10 **INTERROGATORY NO. 1**

11     Describe with specificity each **NONCONFORMITY** that **YOU** contend has

12 been present in the **SUBJECT VEHICLE**.

13 **INTERROGATORY NO. 2**

14     For each **NONCONFORMITY** that **YOU** contend the **SUBJECT**

15 **VEHICLE** has had, state each date on which that **NONCONFORMITY** was

16 subject to a repair opportunity.

17 **INTERROGATORY NO. 3**

18     If **YOU** contend the **SUBJECT VEHICLE** qualifies for repurchase or

19 replacement under the Song-Beverly Consumer Warranty Act, state all facts that

20 support **YOUR** contention.

21 **INTERROGATORY NO. 4**

22     If **YOU** contend the **SUBJECT VEHICLE** qualifies for repurchase or

23 replacement under the Song-Beverly Consumer Warranty Act, identify all

24 individuals who have knowledge of the facts that support the contention.

25 **INTERROGATORY NO. 5**

26     If **YOU** contend **YOU** are entitled to recover a civil penalty under the Song-

27 Beverly Consumer Warranty Act, state all facts that support **YOUR** contention.

28 / / /

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

3

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

1  **INTERROGATORY NO. 6**

2  If **YOU** contend **YOU** are entitled to recover a civil penalty under the Song-

3  Beverly Consumer Warranty Act, identify all individuals who have knowledge of

4  the facts that support the contention.

5  **INTERROGATORY NO. 7**

6  State the total amount of any out of pocket expenses incurred by **YOU**

7  relating to the **SUBJECT VEHICLE**.

8  **INTERROGATORY NO. 8**

9  Describe each item of consequential damages **YOU** contend **YOU** have

10  suffered as alleged in **YOUR** complaint.

11  **INTERROGATORY NO. 9**

12  State the total amount of consequential damages **YOU** contend **YOU** have

13  suffered as alleged in **YOUR** complaint.

14  **INTERROGATORY NO. 10**

15  Identify all of the facilities that have performed service, repairs, or

16  maintenance on the **SUBJECT VEHICLE**.

17  **INTERROGATORY NO. 11**

18  Describe with specificity every modification made to the **SUBJECT**

19  **VEHICLE** since **YOUR** purchase/lease of the vehicle.

20  **INTERROGATORY NO. 12**

21  If the **SUBJECT VEHICLE** has been damaged in a collision, describe with

22  specificity the damage to the **SUBJECT VEHICLE**.

23  **INTERROGATORY NO. 13**

24  For each request for admission served concurrently herewith, state each fact

25  on which **YOU** rely to provide anything other than an unequivocal admission.

26  **INTERROGATORY NO. 14**

27  For each request for admission served concurrently herewith, **IDENTIFY**

28  each witness with knowledge of the facts on which **YOU** rely to provide anything

4

1  other than an unequivocal admission.

2  **INTERROGATORY NO. 15**

3  For each request for admission served concurrently herewith, describe with

4  particularity each document on which **YOU** rely to provide anything other than an

5  unequivocal admission.

6  **INTERROGATORY NO. 16**

7  State the total cumulative number of days that **YOU** contend the **SUBJECT**

8  **VEHICLE** has been out of service for warranty repairs between September 2018

9  and the present.

10  **INTERROGATORY NO. 17**

11  Identify all vehicles owned or leased by YOU between September 2018

12  and the present.

13  **INTERROGATORY NO. 18**

14  Identify all vehicles owned or leased by YOU between September 2018

15  and the present.

16  **SPECIAL INTERROGATORY NO. 19:**

17  State whether the **SUBJECT VEHICLE** has ever been listed as a business

18  expense on any tax returns or schedules filed by **YOU** between September 2018

19  and the present.

20  **SPECIAL INTERROGATORY NO. 20:**

21  State whether the **SUBJECT VEHICLE** has ever been listed as a business

22  expense on any tax returns or schedules filed by any business entity between

23  September 2018 and the present.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

5

1

Dated:  March 6, 2020            Respectfully submitted,

2

3            NELSON MULLINS RILEY &
             SCARBOROUGH LLP
4

5            By:     */s/ Shawtina F. Lewis*
                     Lisa M. Gibson
6                    Shawtina F. Lewis

7            Attorneys for Defendant
             MCLAREN AUTOMOTIVE, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

6

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 19191 South Vermont Avenue, Suite 900, Torrance, California 90502. I am employed in the County of Los Angeles, where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S SPECIALLY PREPARED INTERROGATORIES, SET NO. 1 TO PLAINTIFF**

On the parties in said cause:

Adam Zolonz, Esq.
Jeffrey A. Zolonz, Esq.
Stephen Parnell, Esq.
LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028
Emails: adam@zolonzassociates.com
       jeff@zolonzassociates.com
       stephen@zolonzassociates.com
*Attorneys for Plaintiff Adde Issagholi*

☒     **BY ELECTRONIC TRANSMISSION:** I transmitted a PDF version of this document by electronic mail to the party(s) identified above and/or on the attached service list using the email address(es) indicated.

☒     **BY U.S. MAIL:** On this day I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 6, 2020, at Torrance, California.

_____
                                Maria Domingo

7