1  Adam M. Zolonz, S.B.N. 250591
2  Jeffrey A. Zolonz, S.B.N. 73285
3  Stephen Parnell, S.B.N. 314517
   LAW OFFICES OF ADAM ZOLONZ, A.P.C.
4  1680 N. Vine Street, Suite 912
   Los Angeles, California, 90028
5  Telephone: 310.247.8230
6  Facsimile: 310.888.1129

7
   David Ruben, S.B.N. 156681
8  SAGE LAW GROUP LLP
   450 North Brand Blvd., Suite 600
9  Glendale, CA 91203
10 Telephone:  310-651-8485
   Facsimile:  310 651-8923
11

12 Attorneys for Plaintiff ADDE ISSAGHOLI

13            **UNITED STATES DISTRICT COURT**

14
   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
15

16

17 ADDE ISSAGHOLI, an individual,          | Case No. 2:19-cv-07616-MCS-KKx

18            Plaintiff,                    | [Assigned to the Hon. Mark C. Scarsi]

19       v.                                 | **PLAINTIFF'S TRIAL WITNESS**
20                                          | **LIST**

21 MCLAREN    AUTOMOTIVE,    INC.,    a
   Delaware  Corporation;   and   DOES   1 | **Date:    December 1, 2020**
22 through 20, inclusive,                   | **Time:   8:30 a.m.**
                                           | **Courtroom:  7C**
23            Defendants.

24

25

26

27

28

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

The parties, Plaintiff ADDE ISSAGHOLI and Defendant MCLAREN AUTOMOTIVE, INC., hereby submit the following joint list of witnesses they expect to call at trial. Parties reserve the right to call additional witnesses on rebuttal or impeachment.

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Adde Issagholi 1812 Foothill Dr., Glendale, CA 91201; may be contacted through plaintiff's counsel | Plaintiff, who will testify about lease, symptoms of defects, repair opportunities, and damages | 1.5 | | |
| Arthur Lai  Unknown | Will testify he observed symptoms of defects and authenticate video of the vehicle. | 1.5 | | |
| Bradley Koulback McLaren Beverly Hills, 8833 W Olympic Blvd, Beverly Hills, CA 90211 | PMK for repairing dealership. Will testify re: repair opportunities. Unique testimony regarding dealership actions, policies and procedures. | 1.5 | | |
| O'Gara | Authentication of dealership | 1.5 | | |

PLAINTIFF'S TRIAL WITNESS LIST

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

| | | | | |
|---|---|---|---|---|
| Custodian of Records McLaren Beverly Hills, 8833 W Olympic Blvd, Beverly Hills, CA 90211 | records. | | | |
| Pat Dahlberg 1405 South Beltline Road, Suite 100, Coppell, Texas 75019; may be contacted through MAI's counsel of record | PMK for Defendant who will testify re: refusal to repurchase or replace. Unique testimony regarding Defendant's actions, policies and procedures. | 1.5 | | |
| Timothy C. Saurwein 434 N. Moss St., Burbank, CA 91502; (818) 972-2602 | Plaintiff's automotive expert who will testify re: opinions and bases therefor. | 1.5 | | |
| Scott Morgan 1405 South Beltline Road, Suite 100, | Defendant's automotive expert who will testify about his opinions and the bases therefor. | 1.5 | | |

PLAINTIFF'S TRIAL WITNESS LIST

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

| | | | |
|---|---|---|---|
| Coppell, TX 75019; may be contacted through MAI's counsel | | | |
| Michael Leroy Crown Capital Advisors LLC, 801 South Grand Avenue, Suite 900, Los Angeles, California 90017; may be contacted through MAI's counsel of record | Defendant's financial expert who will testify about his opinions and the bases therefor. | | 1.5 | |
| Massis Bedrossian 539 N. Glenoaks Boulevard, Suite 204A-2, Burbank, CA 91502; 818-861-7990 | CPA for Plaintiff's businesses who will testify regarding payment for the subject vehicle. | | 1.5 | |

-4-

PLAINTIFF'S TRIAL WITNESS LIST

1    DATED:  October 19, 2020          LAW OFFICES OF ADAM ZOLONZ, APC

2

3                                       By: /s/ Stephen Parnell_____

4                                           Stephen Parnell
                                            Attorneys for Plaintiff
5                                           ADDE ISSAGHOLI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

PLAINTIFF'S TRIAL WITNESS LIST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, CA 90028

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I filed the foregoing document entitled **PLAINTIFF'S TRIAL WITNESS LIST** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Stephen Parnell_____