NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
CRISPIN L. COLLINS (SBN 311755)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
Email: lisa.gibson@nelsonmullins.com
crispin.collins@nelsonmullins.com
shawtina.lewis@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MCS<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date: December 1, 2020 |

Plaintiff Adde Issagholi and Defendant McLaren Automotive, Inc. ("MAI") respectfully submit the following list of exhibits which may be introduced at trial pursuant to Local Rule 16-6 and the Court's Order re Jury Trial (Dkt. 32).

| No. | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | McLaren Beverly Hills lease file for Subject Vehicle, dated 9/28/18 | | | |
| 2 | Super Series Owner's Manual [MAI_ISS000017-MAI_ISS000286] | | | |
| 3 | Super Series Service and Warranty Guide [MAI_ISS000496-MAI_ISS000585] | | | |
| 4 | McLaren Beverly Hills service file related to invoice number 169542 | | | |
| 5 | CAS-16992-XZPZ3D [MAI_ISS000317-MAI_ISS000323] | | | |
| 6 | CAS-16992-XZPZ3D [MAI_ISS000331-MAI_ISS000337] | | | |
| 7 | McLaren Beverly Hills service file related to invoice number 178128 | | | |
| 8 | CAS-20582-1VG1XR [MAI_ISS000324-MAI_ISS000326] | | | |
| 9 | CAS-20582-1VG1XR [MAI_ISS000328-MAI_ISS000330] | | | |
| 10 | McLaren Beverly Hills service file related to invoice number 178723 | | | |
| 11 | Customer copy of McLaren Beverly Hills Invoice number 179197 | | | |
| 12 | CAS-02867-B3B8N4 [MAI_ISS000287-MAI_ISS000290] | | | |
| 13 | McLaren Beverly Hills service file related to invoice number 182750 | | | |
| 14 | JW002356 DTC Nov 2019 [MAI_ISS000769-MAI_ISS000771] | | | |
| 15 | Plaintiff texts | Defendant objects to this | | |

| | | | as hearsay for which there is no exception and FRE 403 | | |
|---|---|---|---|---|---|
| | 16 | Plaintiff photos | | | |
| | 17 | Plaintiff video | Defendant objects to the speaking during the video as an improper narrative, hearsay, FRE 403 | | |
| | 18 | MAI correspondence | Defendant objects to this as hearsay for which there is no exception and FRE 403 | | |
| | 19 | Vehicle Inquiry SBM14DCA0JW002356 [MAI_ISS000338-MAI_ISS000339] | | | |
| | 20 | Vehicle Inquiry SBM14DCA0JW002356 [MAI_ISS000015-MAI_ISS000016] | | | |
| | 21 | McLaren Aftersales Operating Standards 2018 [MAI_ISS000340-MAI_ISS000495] | | | |
| | 22 | McLaren Aftersales Operating Standards 2019 [MAI_ISS000586-MAI_ISS000743] | | | |
| | 23 | Release Notes_15.0.1.0027 [MAI_ISS000748-MAI_ISS000768] | | | |
| | 24 | Release Notes 4.8 [MAI_ISS000744-MAI_ISS000747] | | | |
| | 25 | 720S FAULT LOG W002356 [MAI_ISS000772-MAI_ISS000775] | | | |
| | 26 | 720S SW LEVEL W002356 [MAI_ISS000776-MAI_ISS000778] | | | |
| | 27 | ACTUAL VALUES W002356 [MAI_ISS000779-MAI_ISS000848] | | | |
| | 28 | Deposition of Pat Dahlberg as a 30(b)(1) and 30(b)(60 representative for MAI - Transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit | | |

| | | |
|---|---|---|
| 29 | Deposition of Bradley Koulback as a 30(b)(1) and 30(b)(60 representative for O'Gara Coach - Transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit |
| 30 | Expert report of Timothy Saurwein | Defendant objects to this as hearsay for which there is no exception and FRE 403 |
| 31 | Expert file of Timothy Saurwein | Defendant objects as this is overbroad, contains irrelevant information, is hearsay for which there is no exception, and FRE 403 |
| 32 | Expert report of Michael Leroy | |
| 33 | Expert file of Michael Leroy | |
| 34 | Deposition of MAI expert Michael Leroy – transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit |
| 35 | Expert report of Scott Morgan | |
| 36 | Expert file of Scott Morgan (inspection report, photographs, MDS data) | |
| 37 | Deposition of MAI expert Scott Morgan – transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit |
| 38 | Deposition of Arthur Lai – transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit |
| 39 | Deposition of Massis Bedrossian – transcript and exhibits | Defendant objects because this is not an appropriate trial exhibit |
| 40 | MAI responses and supplemental responses to interrogatories | |
| 41 | MAI responses and supplemental responses to requests for admission | |
| 42 | MAI responses and supplemental responses to requests for production | |
| 43 | McLaren Diagnostic System printout, dated 8/19/20 | |
| 44 | MereXMortals, Inc. Statement of Information filed with State of California, | |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | Secretary of State, on 4/26/20 | | |
| | 45 | Plaintiff's Responses to Interrogatories | | |
| | 46 | Plaintiff's Responses to Requests for Production | | |
| | 47 et seq. | RESERVED | | |

Dated: October 19, 2020             Respectfully submitted,

                                      LAW OFFICES OF ADAM ZOLONZ

                                      By:     */s/ Stephen Parnell*
                                                  Stephen Parnell

                                      Attorneys for Plaintiff
                                      ADDE ISSAGHOLI

Dated: October 19, 2020             Respectfully submitted,

                                      NELSON MULLINS RILEY & SCARBOROUGH LLP

                                      By:     */s/ Lisa M. Gibson*
                                                   Lisa M. Gibson
                                                   Crispin L. Collins
                                                   Shawtina F. Lewis

                                      Attorneys for Defendant
                                      MCLAREN AUTOMOTIVE, INC.

    \*\*Pursuant to L.R. 5-4.3.4(a)(2), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Lisa M. Gibson*