NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
SHAWTINA F. LEWIS (SBN 259255)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
Email: lisa.gibson@nelsonmullins.com
shawtina.lewis@nelsonmullins.com

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| ADDE ISSAGHOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07616-MCS (KKx)<br><br>**DEFENDANT MCLAREN AUTOMOTIVE, INC.'S PROPOSED CASE-SPECIFIC VOIR DIRE QUESTIONS** |

Defendant McLaren Automotive, Inc. ("MAI") submits the following proposed case-specific voir dire questions.

1. Do you have any familiarity or experience in automotive repair or as an automotive mechanic?

2. Have you or someone close to you ever worked for a company that designs, manufactures, sells or repairs motor vehicles?

3. Do you take your vehicle to an authorized dealership for maintenance or repair work?

4. Have you or someone close to you ever contacted an automotive manufacturer or dealer regarding concerns about your vehicle?

5. Have you ever had a bad or negative experience with an motor vehicle manufacturer or dealer?

6. Do you have any strong opinions about the job most corporations do when it comes to communicating safety information about their products to the public?

7. Do you have any familiarity or experience with race cars or professional racing?

8. Have you ever been a party to or a witness in a lemon law lawsuit?

9. Have you ever owned a vehicle that you believed to be a "lemon"?

10. Do you believe that when someone is named a defendant in a lawsuit that they are automatically wrong?

11. Do you believe that when someone files a lawsuit they are automatically entitled to recover money?

12. Do you believe that a person who files a lawsuit should recover an amount of money that is more than they actually paid?

13. Do you believe that a person who files a lawsuit is entitled to recover money that others have paid?

14. Are you the owner of a closely held corporation?

Dated: June 30, 2021

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Lisa M. Gibson*
Lisa M. Gibson
Shawtina F. Lewis

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses for counsel of record registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: /s/ *Lisa M. Gibson*
Lisa M. Gibson