Adam M. Zolonz, S.B.N. 250591
Jeffrey A. Zolonz, S.B.N. 73285
Stephen Parnell, S.B.N. 314517
LAW OFFICES OF ADAM ZOLONZ, A.P.C.
1680 N. Vine Street, Suite 912
Los Angeles, California, 90028
Telephone: 310.247.8230
Facsimile:  310.888.1129

David Ruben, S.B.N. 156681
SAGE LAW GROUP LLP
450 North Brand Blvd., Suite 600
Glendale, CA 91203
Telephone:  310-651-8485
Facsimile:   310 651-8923

Attorneys for Plaintiff, ADDE ISSAGHOLI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ADDE ISSAGHOLI, an individual, | Case No. 2:19-cv-07616-MCS (KKx) |
|---|---|
| Plaintiff, | **PLAINTIFF'S PROPOSED CASE-SPECIFIC VOIR DIRE QUESTIONS** |
| v. | |
| MCLAREN AUTOMOTIVE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff ADDI ISSAGHOLI submits the following proposed case-specific voir dire questions.

1

1. Do you or any immediate family member have experience as a mechanic or in automotive repair?
2. Do you believe that a person who has a legal claim should be able to obtain a resolution through a lawsuit?
3. Do you or any immediate family member work in jobs that deal primarily with customer service issues?
4. Have you ever been involved in a lawsuit as a party, and what feelings did that experience leave you with regarding its usefulness as a method of resolving disputes?
5. If some form of penalty or punishment were available in a lawsuit, would you have any problem imposing it if the facts and law supported the penalty or punishment?
6. Have you ever been a juror before? If so, what was the case about, and what was the jury verdict?
7. What is the year, make and model of the automobile you currently drive? What is your average annual mileage in that vehicle? If you don't currently drive, have you ever driven an automobile?
8. This case involves a 2018 McLaren 720S. Have any of you or your family members or close friends ever owned or leased a similar vehicle? If so, have you been in the vehicle? How would you describe your experience? Can you set aside that experience and judge this case based solely on the evidence and the law as instructed?
9. Some people may generally buy or lease the same make or brand of vehicle. Are you such a person? If so, what brand have you generally bought or leased? Can you set aside your brand loyalty and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.
10. This case involves a dispute between an individual and a corporation. Corporations are made up of persons. They are entitled to equal treatment

with individuals. Can you all treat both sides equally in this case? If not, please let me know.

11. How would you rate your knowledge of automobiles and how they operate on a scale of 1-10? Why? If so, please describe.

12. Have any of you performed air conditioner maintenance or repairs on any of your vehicles? If so, please describe. Can you set aside that experience and judge this case based solely on the evidence and the law as instructed?

13. Does anyone have positive or negative feelings or experiences related to McLaren? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you?

14. Is there anyone here who has any reason to be biased for or against Plaintiff? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

15. Have any of you had what you considered to be a significant warranty problem with an automobile which you personally owned or leased? If so, what was the problem and how was it resolved? Were you satisfied with the outcome? Whatever the outcome, can you set aside that experience and judge this case based solely on the admitted evidence and the law as the Court instruct you?

16. This case involves allegations under the Song-Beverly Consumer Warranty Act, sometimes referred to as the California Lemon Law. Do any of you have a preconceived notion of how the Song-Beverly Consumer Warranty Act works? I will instruct you at the end of this case that it is your duty to follow the jury instructions that I provide. Can you set aside any preconceived notion you might have of the Song-Beverly Act and promise to follow my instructions? If not, please let me know.

17. Have you or any of your immediate family members ever sought to have a motor vehicle repurchased under the law? If so, what was the reason for the repurchase request? What was the outcome? Whatever the outcome, this case will involve different facts and different issues. Can you judge this case solely on the admitted evidence and the law as the Court instructs you?

18. The legal system asks you to make a logical decision, based solely on the evidence and the law, and not appeals to prejudice, sympathy or public opinion. Can each of you decide this case based on the evidence, and not appeals to prejudice, sympathy or public opinion? If not, please let me know.

Dated: June 30, 2021            LAW OFFICES OF ADAM ZOLONZ, A.P.C.


                                By: _____
                                    Stephen Parnell
                                    Attorney for Plaintiff
                                    ADDE ISSAGHOLI


**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses for counsel of record registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                By: _____
                                    Stephen Parnell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE